UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Bobby Earl Trotter, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV15-03324-CAS (DTB) |
| County of Los Angeles Superior Court Compton District, et al, | ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY: ☐ FULL FILING FEE ☐ INITIAL PARTIAL FILING FEE |
| DEFENDANT(S). | |

    On _____June 11, 2015_____, plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☐ full filing fee ☑ initial partial filing fee, in the amount of $___146.80___ within thirty (30) days to the Clerk of Court.

    The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee.

    Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☐ full filing fee or ☑ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

September 30, 2015
Date

_____
United States Magistrate Judge